Robert S. Gutierrez (Bar No. 143223)
gutierrezr@ballardspahr.com
Adam Taryle (Bar No. 360354)
tarylea@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

*Attorneys for Defendant*
*Nexstar Media Inc.*
*(erroneously sued as Nexstar Media*
*Group, Inc.)*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SCHAEFER,<br><br>             Plaintiff,<br><br>        v.<br><br>AMERICAN BROADCASTING COMPANY, INC.; CBS BROADCASTING, INC.; NATIONAL BROADCASTING COMPANY, INC.; and NEXSTAR MEDIA GROUP, INC.,<br><br>             Defendants. | Case No. 3:26-cv-1993-RSH-JLB<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT NEXSTAR MEDIA INC. TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>The Hon. Robert S. Huie<br>Hearing Date: June 8, 2026<br><br>PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

1

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Nexstar Media Inc. ("Nexstar"), erroneously sued as Nexstar Media Group, Inc., hereby moves the Court for an order dismissing the Complaint of plaintiff *pro se* Mike Schaefer ("Plaintiff") in its entirety pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedures on the grounds that the Court does not have subject matter jurisdiction to adjudicate Plaintiff's claims, and the Complaint fails to state a claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities filed with this Motion, all pleadings, records and documents on file in this case, and such other and further information as may be offered at a hearing or considered by the Court in connection with this Motion.

Pursuant to Chambers Rule III.A., this Motion is subject to the pro se exception to the meet and confer requirement; Plaintiff is appearing pro se and is not eligible to practice law in any jurisdiction.

DATED:  May 4, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**

BY:   */s/ Robert S. Gutierrez*
　　　Robert S. Gutierrez (Bar No. 143223)
　　　gutierrezr@ballardspahr.com
　　　Adam A. Taryle (Bar No. 360354)
　　　tarylea@ballardspahr.com
　　　BALLARD SPAHR LLP
　　　2029 Century Park East, Suite 1400
　　　Los Angeles, CA 90067-2915
　　　Telephone: 424.204.4400
　　　Facsimile: 424.204.4350

　　　*Attorneys For Defendant*
　　　*Nexstar Media Inc.*

2

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is **BALLARD SPAHR LLP**, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915.  On March 19, 2026, I served the within documents:

### NOTICE OF MOTION AND MOTION BY DEFENDANT NEXSTAR MEDIA INC. TO DISMISS PLAINTIFF'S COMPLAINT

☐    **BY HAND:**  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☑    **BY MAIL**:  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☑    **BY E-MAIL**:  by attaching an electronic copy of the document(s) listed above to the e-mail address listed below.

Mike Schaefer                                              Plaintiff Pro Se
2635 2nd Ave., #725
San Diego, CA 92103
oz.blueman@yahoo.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 4, 2026, at Los Angeles, California.

/s/ Jackie Behar
Jackie Behar